IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lee Momient, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-02389 |
| ) | |
| Transworld Systems, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant, Transworld Systems, Inc. ("TSI"), by its undersigned attorneys, hereby removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois  In support of this Notice of Removal, TSI states as follows:

1. Plaintiff, Lee Momient, originally commenced this action by filing a Complaint against TSI in the Circuit Court of Cook County, Illinois, where it is presently captioned *Lee Momient v. Transworld Systems, Inc.*, Case No. 2016-L-000878.  No further proceedings before the State court have occurred.

2. In his Complaint, Plaintiff alleges federal statutory causes of action against TSI. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "1."

3. Specifically, Plaintiff accuses TSI of violating the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227 et seq. and also alleges a common law cause of action for invasion of privacy.

4. This Court has original federal question jurisdiction over Plaintiff's federal statutory claims pursuant to 28 U.S.C. §1331 and 28 U.S.C. § 1441. This Court also has supplemental jurisdiction over the common law claims pursuant to 28 U.S.C. § 1367. The common law claims are based on the same operative facts alleged in the Complaint and are so related to claims in the action within the Court's original jurisdiction that they form part of the case or controversy under Article III of the United States Constitution.

5. TSI was served with the Complaint on or about January 29, 2016. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which TSI was served with Plaintiff's Complaint. 28 U.S.C. § 1446.

6. The Circuit Court of Cook County is located within the Northern District of Illinois. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Notice of this Notice of Removal of this action is being immediately provided to the Clerk of the Circuit Court of Cook County, Illinois. See Exhibit "2".

8. Written notice of this Notice of Removal of this action is also being caused to be served on Plaintiff, Lee Momient, at the address provided on his Complaint.

WHEREFORE, Defendant Transworld Systems, Inc. gives notice that this action is removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

*/s/: Daniel W. Pisani*
James K. Schultz
Daniel W. Pisani
Morgan I. Marcus
Sessions Fishman Nathan & Israel
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
jschultz@sessions.legal
dpisani@sessions.legal
mmarcus@sessions.legal

*Attorneys for Defendant
Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2016, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by regular mail to Plaintiff at the following addresses:

Lee Momient
P.O. Box 608082
Chicago, Illinois 60660

        Respectfully submitted,

        */s/: Daniel W. Pisani*
        Daniel W. Pisani